IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANDY EUGENE NEWTON, JR.                                     PLAINTIFF

v.                            NO. 1:05CV00014 JMM/JWC

RICHARD HAWKINS, et al                                     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's request of dismissal of the criminal charges against him and the expungement and sealing of all his criminal records as relief is a direct challenge to his continued incarceration and necessarily implies the invalidity of his imprisonment, as such it is barred by Preiser v. Rodriguez, 411 U.S. 475 (1973) as a habeas claim. Plaintiff's claim for damages only in connection with Defendants' alleged Fourteenth and First Amendment violations shall proceed at this time.

Service is now appropriate for Defendants. The Clerk of the Court is directed to prepare a summons for each Defendant, and the United States Marshal is directed to serve copies of the original, amended, and supplemental complaints with any attachments (docket entries #2, #5, #9), a copy of the docket sheet, and a summons for each Defendant without prepayment of fees and costs or security therefor. Should Defendants need copies of other filed documents, they are available from the Clerk's office or may be accessed through the PACER system for the United States District Court.

The Clerk of the Court is also instructed to note the name change of Defendant "Tori Thompson" to reflect that of "Tori Anderson."

IT IS SO ORDERED this 11 day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE