IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANDY EUGENE NEWTON, JR.                                                    PLAINTIFF

v.                                  NO.  1:05CV00014 JMM

RICHARD HAWKINS, et al                                                     DEFENDANTS

JUDGMENT

In accordance with the Court's Order entered on this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety without prejudice.

IT IS SO ORDERED this 25th day of April, 2006.


_____
United States District Judge